# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

STONINGTON CAPITAL ADVISORS, LLC,
and STONINGTON DRIVE SECURITIES LLC,

                    Petitioners,                20 **CIVIL** 6053 (ER)

      -against-                        **JUDGMENT**

SOUTHFIELD CAPITAL, LLC,

                    Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2021, Stonington's motion to vacate in part is denied, motion to confirm in part is granted, and request for attorney's fees and expenses is denied. Southfield's motion to confirm is granted, and the award is confirmed; accordingly, the case is closed.

**Dated**: New York, New York
         March 25, 2021

                                          **RUBY J. KRAJICK**
                                          _____
                                                Clerk of Court

                            BY: _____
                                                **Deputy Clerk**